JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSIE ALLSWORTH, JR., | Case No. CV 16-03316-DFM |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| STEVE LANGFORD, Warden, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order,

IT IS ADJUDGED that that the petition is denied and this action is dismissed without prejudice.

Dated: September 15, 2016

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge